UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                                   )
C.S., et al.,                      )
                                   )
        Plaintiffs,                )
                                   )
   v.                              )    C.A. No. 19-637 WES
                                   )
JOHNSTON SCHOOL DEPARTMENT,        )
                                   )
        Defendant.                 )
_____)
```

## ORDER

On March 9, 2021, Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R.&R."), ECF No. 47, which recommended that Plaintiffs' Motion for Summary Judgment, ECF No. 36, be denied and that Defendant's Cross Motion for Summary Judgment, ECF No. 42, be granted. Specifically, Judge Sullivan found that the Hearing Officer had made "no errors of law" in reaching his decision as to an appropriate offering of a sixth-grade program, and that "his factual findings are amply supported by a preponderance of the evidence . . . ." See R.&R. 2. Plaintiffs have not filed any objection to the R.&R. After reviewing the relevant papers, the Court ACCEPTS the R.&R. and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, Plaintiffs' Motion for Summary Judgment, ECF No. 36, is DENIED and Defendant's Cross Motion for Summary Judgment, ECF No. 42, is GRANTED.

IT IS SO ORDERED.

/s/ WESmith
William E. Smith
District Judge
Date: March 29, 2021